IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:      *    CASE NO. 21-01193/ESL

ANA LUZ ALICEA PADILLA      *    CHAPTER 13

DEBTOR      *

**CERTIFICATE OF SERVICE**
**RE: CHAPTER 13 PLAN**
**DATED APRIL 19, 2021 DOCKET NO. 4**

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtor, certify that on April 21, 2021, a true copy of the *Debtor's Chapter 13 Plan,* filed in the above captioned case, Docket No. 4, was sent via U.S. Postal Service certified mail, to the following:

**Americas Leading Finance LLC, c/o Ana M Deseda Belaval Esq, Bellver Espinosa Law Firm, Condominio El Centro I Suite 801, 500 Muñoz Rivera Avenue, San Juan PR 00918, Certified U.S. Mail #70161370000074985961**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 21st day of April 2021.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699/787-963-7699
EMAIL: rfc@rfigueroalaw.com

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Juan, PR 00918     OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 0726 |
| $ $3.60  $2.85 | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)  $ $0.00 | |
| ☐ Return Receipt (electronic)  $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery  $ $0.00 | Here |
| ☐ Adult Signature Required  $ $0.00 | |
| ☐ Adult Signature Restricted Delivery  $ | |
| Postage  $0.55 | |
| Total Postage and Fees  $ $7.00 | 04/21/2021 |

Sent To: American Leading Finance / Ana M. Pesida Betancourt Esq.
Street and Apt. No., or PO Box No.: Bellver Espinosa Law Firm / Cond. El Centro I, Suite 801
City, State, ZIP+4: 500 Muñoz Rivera Avenue, San Juan P.R. 00918