IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-01193-ESL13 |
| ANA LUZ ALICEA PADILLA | Chapter 13 |
| xx-xx-6227 | |
| Debtor | FILED & ENTERED ON NOV/21/2024 |

ORDER AND NOTICE

The confirmation hearing scheduled for February 12, 2025 at 9:00 a.m. at U.S. Bankruptcy Court, Jose V. Toledo Post Office & Courthouse Building, Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico will now be scheduled for February 12, 2025 at 9:00 a.m. via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\www.prb.uscourts.gov.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21 day of November, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge